No. 74–694. GENERAL STEEL PRODUCTS CO., A DIVISION OF SENG CO. v. NATIONAL LABOR RELATIONS BOARD. C. A. 4th Cir. Certiorari denied.

No. 74–701. ECONOMY FINANCE CORP. ET AL. v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 74–748. PURVIS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 74–766. WALLACE ET AL. v. KERN ET AL. C. A. 2d Cir. Certiorari denied.

No. 74–805. BINDER v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 74–817. Ross v. Ross. Ct. App. Mass. Certiorari denied.

No. 74–818. REGINA ET AL. v. LaVALLEE, CORRECTIONAL SUPERINTENDENT, ET AL. C. A. 2d Cir. Certiorari denied.

No. 74–832. BAY v. WESTERN PACIFIC CO. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 74–852. GRAYCO CONSTRUCTORS, INC., ET AL. v. GREAT LAKES GAS TRANSMISSION CO. C. A. 6th Cir. Certiorari denied.

No. 74–881. MORGAN v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 74–5436. HORNE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.